USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**
United States Court
Southern District of Texas
**FILED**
SEP 21 2017
David J. Bradley, Clerk of Court

No. **17 CR 567**

HOUSTON DIVISION

USAO Number: 2016R21117

Magistrate Number:

CRIMINAL INDICTMENT                     Filed                          Judge: Lake

**UNITED STATES of AMERICA**
vs.

ATTORNEYS:
Abe Martinez, Acting USA          (713) 567-9000
Steven Mellin, AUSA               (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| RONALD DONELL BROWN, a.k.a. "Nook" or "Nookie" (Cts. 1 - 7) | ☐ | ☐ |
| CLYDE WILLIAMS, a.k.a. "Pete" (Cts. 1 - 4) | ☐ | ☐ |
| DAVID ROBERTS, a.k.a. "Cuz" (Ct. 7) | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 7 )

Ct. 1: Conspiracy to Commit Murder for Hire [18 USC § 1958]

Ct. 2: Intentional Killing while Engaged in Drug Trafficking [21 USC § 848(e)(1)(A) and 18 USC § 2]

Cts. 3-4: Use, Carry, Brandish, and Discharge a Firearm During and in Relation to Crime of Violence Causing Death by Murder [18 USC § 924 (c) & (j) & 18 USC § 2]

Ct. 5: Kidnapping [18 USC § 1201 and 18 USC § 2]

Ct. 6: Use, Carry, Brandish, and Discharge a Firearm During and in Relation to a Crime of Violence [18 USC § 924 (c) & 18 USC § 2]

Ct. 7: Conspiracy to Distribute & Possess with the Intent to Distribute Cocaine [21 USC §§ 841(a)(1) & (b)(1)(A) & 846]

**PENALTY:**

Cts. 1, 3 & 4: Up to life imprisonment or death; $250,000 fine, 5 years SRT.

Ct. 2: Mandatory 20 years imprisonment and up to death or life, $10,000,000 fine, 5 years SRT.

Ct. 5: Up to life imprisonment; $250,000 fine, 5 years SRT.

Ct. 6: Mandatory 10 years imprisonment; $250,000 fine, 5 years SRT.

Ct. 7: Mandatory 10 years up to life imprisonment; $10,000,000 fine, 5 years SRT.

☑ In Jail Ronald D. Brown and Clyde Williams

☐ On Bond

☑ No Arrest David Roberts

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**